IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-01243-CMA-KMT (Consolidated for all purposes with Civil Action No. 14-cv-01402-CMA-KMT)

UNITED FOOD AND COMMERCIAL WORKERS UNION AND PARTICIPATING FOOD INDUSTRY EMPLOYERS TRI-STATE PENSION FUND, Individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ADVANCED EMISSIONS SOLUTIONS, INC.,
MICHAEL D. DURHAM,
MARK H. McKINNIES,
C. JEAN BUSTARD,
SHARON M. SJOSTROM,
CHRISTINE B. AMRHEIN, and
L. HEATH SAMPSON,

    Defendants.

## ORDER

This matter is before the Court on the Parties' Stipulated Motion to Stay Under D.C.COLO.LCivR 16.6 (Doc. #54). The Court has reviewed the Motion, the file, and being fully advised in the premises, it is hereby

ORDERED that the Parties' Stipulated Motion to Stay Under D.C.COLO.LCivR 16.6 (Doc. #54) is GRANTED. This case is stayed until further order of the Court. It is

FURTHER ORDERED that Defendants' Motion to Dismiss the Consolidated Class Action Complaint Under Federal Rule of Civil Procedure 12(B)(6) (Doc. #36) is DENIED WITHOUT PREJUDICE with the option to refile should mediation fail.  It is

FURTHER ORDERED that the parties shall file a Status Report, on or before May 31, 2016, informing the Court as to the status of parties' settlement discussions.

DATED:  March 8, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge